**JUDGMENT SET ASIDE; DISMISSED and Opinion Filed November 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00864-CV

**PAMELA ANDERSON, Appellant**
**V.**
**KELLY WEED AND KATHY WEED, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03066-D**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

After the justice court held a jury trial in a forcible detainer suit and the jury rendered a verdict, appellant appealed to the county court. The county court ruled in appellees' favor, and appellant appealed. The record before this Court includes only the jury verdict from the justice court and not a judgment from the justice court. By letter dated September 25, 2019, the Dallas County Clerk's Office confirmed that the jury verdict is all there is. Accordingly, the Court questioned its jurisdiction over this appeal as it appeared the county court never acquired jurisdiction. We instructed appellant to file a letter brief addressing the Court's concern.

This Court's jurisdiction over the merits of a case extends no further than that of the court from which the appeal is taken. *See Dallas Cty. App'l Dist. v. Funds Recovery, Inc.*, 887 S.W.2d 465, 468 (Tex. App.—Dallas 1994, writ denied). A judgment must (1) clearly state the

determination of the rights of the parties in the case; (2) state who must pay the costs; (3) be signed by the judge; and (4) be dated the date of the judge's signature. *See* TEX. R. CIV. P. 505.1(c)(1)-(4). A party may appeal a *judgment* in an eviction case from the justice court to the county court. *See id*. 510.9(a). Because the justice court did not sign a judgment, there was nothing to appeal to the county court and that court never acquired jurisdiction. In this circumstance, this Court only has jurisdiction to set the county court's judgment aside and dismiss the cause. *See Funds Recovery*, 887 S.W.2d at 468.

Although appellant filed a letter brief as requested, nothing in her brief demonstrates that this Court has jurisdiction over the appeal. Accordingly, we set aside the county court's judgment and dismiss the cause.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190864F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

PAMELA ANDERSON, Appellant

No. 05-19-00864-CV      V.

KELLY WEED AND KATHY WEED,
Appellees

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-03066-D.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the county court's July 1, 2019 judgment is **SET ASIDE** and this cause is **DISMISSED**.

Judgment entered November 14, 2019